UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTANDER CONSUMER USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF YONKERS and A.P.O.W. TOWING, LLC,<br><br>Defendants. | Civil Case No.: 7:22-cv-08870-KMK<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Declaration of Alexander R. Sokolof, sworn to on May 12, 2023, the exhibits attached thereto, and the accompanying Memorandum of Law, dated May 12, 2023, and all prior pleadings and proceedings in this action, Plaintiff Santander Consumer USA, Inc. ("Santander") will move before the Honorable Kenneth M. Karas, United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for an Order pursuant to Federal Rule of Civil Procedure Rules 15, 20, and 21 allowing Santander to file an amended Complaint to add an additional defendant.

PLEASE TAKE FURTHER NOTICE that a copy of Santander's proposed Amended Complaint is attached to the Sokolof Dec. as Exhibit F.

Dated: New York, New York
May 12, 2023

**NORRIS, McLAUGHLIN, P.A.**

By: */s/ Alexander Ryan Sokolof*
Alexander Ryan Sokolof, Esq.
7 Times Square, 21st Floor
New York, New York 10036
Phone: (212) 808-0700
Facsimile: (212) 808-0844
arsokolof@norris-law.com
*Attorneys for Plaintiff*