UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Santander,

                              Plaintiffs,

              -against-

City of Yonkers,

                              Defendant.

-----------------------------------------------------------------X

7:22cv8870-KMK-VR

**ORDER RE STAUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

        A Status Conference (via telephone) is hereby scheduled for August 17, 2023 at 10 am.

The parties are to dial in to the ATT conference line at 877-336-1839, enter access code

5999739, then # to enter the conference.

        **SO ORDERED.**

DATED:        White Plains, New York
              July 28, 2023

                                        _____
                                        VICTORIA REZNIK
                                        United States Magistrate Judge