```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Santander Consumer USA.,

                              Plaintiffs,           **ORDER RE STATUS CONFERENCE**

            -against-                              7:22-cv-08870 KMK-VR

City of Yonkers, et al.,

                              Defendant.

----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

       A Status Conference (via telephone) is hereby scheduled for February 29, 2024 at 11 AM . The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

       SO ORDERED.

DATED:     White Plains, New York
                 January 29, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge