**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

April 24, 2024

445 HAMILTON AVENUE, SUITE 1206
WHITE PLAINS, NEW YORK 10601
914.683.1200

DARIUS P. CHAFIZADEH
MEMBER
DIRECT:  914.683.1212
FAX:     914.683.1210
DCHAFIZADEH@HARRISBEACH.COM

**VIA ECF FILING**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601

      **RE:**    Santander Consumer USA, Inc. v. City of Yonkers, *et al.*
             Civil Case No.: 22-cv-08870(KMK)(VR)

Dear Judge Karas:

    This firm represents Defendant, the City of Yonkers ("City"), in the above-referenced action. We write pursuant to Rule I(C) of Your Honor's Individual Rules of Practice to respectfully request a 30-day adjournment of the deadline to serve/file (1) the City's opposition to Plaintiff's motion for partial summary judgment and (2) the City's anticipated cross-motion for summary judgment (to May 29, 2024), which is currently due to be served/filed on April 29, 2024. *See* D.E. # 79 (Memo Endorsed Briefing Schedule). This is the City's first request for such an adjournment of time and Plaintiff's counsel has consented to the request.

    Should the Court grant the instant request for a 30-day adjournment, we ask that the Court also approve a revised briefing schedule for the remaining motion papers to be served/filed by the parties, with Plaintiff's reply/opposition papers being due June 19, 2024 (original date being May 20, 2024) and the City's reply in further support of its cross-motion being due July 15, 2024 (original date being June 3, 2024).

    Thank you very much for the Court's time and consideration of this request.

Respectfully Submitted,

HARRIS BEACH PLLC

/s/ *Darius P. Chafizadeh*

Darius P. Chafizadeh

DPC:mwg
Cc:   Nicholas A. Duston, Esq. (*via ECF Filing*)

Granted.

SO ORDERED: /s/ KMK

HON. KENNETH M. KARAS U.S.D.J.
4/25/2024