# PAUL W. MEYER, JR.

Attorney at Law
Admitted in New York and Florida

April 25, 2024

**VIA ECF FILING**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601

Re: **Santander Consumer USA, Inc. v. City of Yonkers, et al.**
   **Civil Case No.: 22-cv-08870(KMK)(VR)**

Dear Honorable Sir:

Note that I am the attorney for the Defendants, A.P.O.W. Towing, LLC and Yonkers Towing & Recovery, LLC, in the subject matter.

By correspondence filed April 24, 2024, under ECF Doc. #83, counsel for the City of Yonkers requested adjournments to the motion filings in this matter. Plaintiff had consented to same. In order to accommodate all the filings in the matter, and to permit my clients to file a potential cross-motion, it is requested that the adjournment also applying to the Defendants, A.P.O.W. Towing, LLC and Yonkers Towing & Recovery, LLC. This is said Defendants' first request for the similar adjournment and Plaintiff's counsel has consented to same.

Should the Court grant the request, then the approved briefing schedule set forth in ECF Doc. #83 is requested to be applicable to all parties.

Thanking you in advance, I am

Very truly yours,

Paul W. Meyer, Jr.

PWM/cd
cc:   Nicholas A. Duston, Esq. (*via ECF Filing*)
      Darius P. Chafizadeh, Esq. (*via ECF Filing*)

Granted.

SO ORDERED:

HON. KENNETH M. KARAS U.S.D.J.

4/26/2024

35 East Grassy Sprain Road
Suite 500
Yonkers, New York 10710

Tel.   (914) 961-3000
Fax.   (914) 961-4993
Email  paul@meyerjrlaw.com

(Fax and Email Not For Service Purposes)