

7 Times Square
21st Floor
New York, NY 10036
T: 212-808-0700
F: 212-808-0844

*Direct Dial: 908-252-4208*
*Email: naduston@norris-law.com*

November 25, 2024

<u>*Via ECF*</u>

Honorable Judge Kenneth M. Karas
Federal Building and
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      **Re:** *Santander Consumer USA, Inc., v. The City of Yonkers, et al.*
           Case No. 7:22-cv-08870-KMK

Dear Judge Karas:

    We represent Santander Consumer USA, Inc. ("Santander"), the plaintiff in the above-referenced case against defendants The City of Yonkers ("Yonkers"), A.P.O.W. Towing, LLC ("APOW"), and Yonkers Towing and Recovery LLC ("YTR" and, together with Santander, Yonkers and APOW, the "Parties"). We write pursuant to Your Honor's recent Minute Entry for the Status Conference held on November 20, 2024, directing the Parties to submit a joint letter regarding the issue of vehicle valuation.

    Yonkers and YTR, without waiver of any objections or appeals, and without any admission of liability, stipulates, together with Santander, that the value of the subject vehicle is $22,000.

    We are available to provide such other information as the Court may require and thank Your Honor for your attention to this matter.

                                                  Respectfully,

                                                  **Norris McLaughlin, P.A.**

                                       By: _____
                                                Nicholas Duston

cc (via ECF): All Parties of Record