UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANTANDER CONSUMER USA, INC.,

    Plaintiff,

v.

THE CITY OF YONKERS, A.P.O.W. TOWING, LLC, AND YONKERS TOWING & RECOVERY LLC,

    Defendants.

Case No. 7:22-cv-08870-KMK

**NOTICE OF MOTION AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4**

    PLEASE TAKE NOTICE, that pursuant to Local Civil Rule 1.4, counsel hereby moves for leave to withdraw the appearance of Attorney Alexander R. Sokolof in the above-captioned matter. The motion is precipitated by Mr. Sokolof's departure from the law firm of Norris, McLaughlin, PA ("NM"). NM will continue to appear on behalf of Plaintiff and no delay in the progress of this action will result from the withdrawal of Mr. Sokolof.

    WHEREFORE, counsel respectfully requests that the Court enter and order granting her motion to withdraw the appearance of Mr. Sokolof.

Dated: New York, New York
       February 12, 2025

NORRIS McLAUGHLIN, P.A.

*/s/ Alexander R. Sokolof, Esq.*
Alexander R. Sokolof, Esq.
7 Times Square, 21st Floor
New York, New York 10036
(212) 808-0700
arsokolof@norris-law.com