UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANTANDER CONSUMER USA, INC.,

    Plaintiff,

v.

THE CITY OF YONKERS, A.P.O.W. TOWING, LLC, AND YONKERS TOWING & RECOVERY LLC,

    Defendants.

Civil Case No.: 7:22-cv-08870-KMK

Hon. Kenneth M. Karas

**JUDGMENT**

KENNETH M. KARAS, United States District Judge:

The Court previously granted plaintiff, Santander Consumer USA, Inc.'s (Plaintiff") motion for summary judgment, in part, and awarded damages to Plaintiff for the reasons explained in the Court's Opinion and Order at Dkt. No. 118.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiff has final judgment against the Defendants in the amount of $171,183.95 for attorneys' fees, $24,421.22 for compensatory damages, and $865.80 for costs, for a total amount of **$196,470.97**. In addition, the Court awards post-judgment interest and attorneys' fees accruing from September 18, 2025.

It is further **ORDERED**, that the judgment rendered by the Court on this day in favor of Plaintiff be entered as a final judgment against Defendants and the Clerk of Court is directed to enter such judgment forthwith.

Dated: October 8, 2025

**SO ORDERED:**

_____
HON. KENNETH M. KARAS
U.S DISTRICT JUDGE